

DUNCAN W. KEIR
U. S. BANKRUPTCY JUDGE

**THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND**
In Re:
Vincent E. DeBenedictis               *        Case No.  11-10749
Tammy C. DeBenedictis                *        Chapter 13
                                      *
Debtor                                *
**************************************

Vincent E. DeBenedictis
and
Tammy C. DeBenedictis
Movants

v.

Vericrest Financial Inc , as servicer for LSF6
Mercury NPL Investments, LLC
as servicer for LSF6 Mercury NPL Investments, LLC
R e s p o n d e n t

**ORDER GRANTING MOTION TO AVOID SECOND MORTGAGE LIEN ON DEBTOR'S PRINCIPAL RESIDENCE**

Having considered debtor's Motion to Avoid Lien, and any response filed thereto, and it appearing that proper notice has been given, pursuant to 11 U.S.C. § 105 and for reasons set forth in the case of Johnson vs. Asset Management Group, LLC, 226 B.R. 364 (D. Md. 1998), it is by the United States Bankruptcy Court fir the District of Maryland,

**ORDERED,** that the claim of Respondent be and is hereby deemed wholly unsecured.

**ORDERED,** that at such time as a discharge Order is entered pursuant to 11 U.S.C. § 1328(a) in this case, the lien held in favor of Respondent on debtor's real property described as:  5165 Braddock Rd, Woodbine MD 21797   and recorded in the Land Records of Carroll County at Liber 3827 folio 64, shall be void; and it is further

**ORDERED,** that the claim of the Respondent herein shall be treated as a general unsecured claim under the debtor's plan.

cc:
Debtor
Debtor's Attorney
Movant
Movant's Attorney
Chapter 13 Trustee

**End of Order**