Form 210A (12/09)

# United States Bankruptcy Court

DISTRICT OF MARYLAND

In Re: DEBENEDICTIS; VINCENT E                    Case No. 1110749

**TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE, or deemed filed under 11 U.S.C. § 1111 (a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in the evidence and notice.

PRA Receivables Management, LLC., as agent of
Portfolio Recovery Associates, LLC                 Chase Bank USA NA
-----------------------------------------          -----------------------------------------
Name of Transferee                                  Name of Transferor

Name and Address where notices to transferee       Court Claim # (if known): 7
should be sent:                                     Amount of Claim: $932.79
POB 41067                                           Date Claim Filed: 03/07/2011
Norfolk, VA 23541

Phone: (877)829-8298                                Phone:
Last Four Digits of Acct # :  2810                  Last Four Digits of Acct #:

Name and Address where transferee payments         Seller Information
Should be sent (if different from above)            CHASE BANK USA N.A.
POB 12914                                           5202 Presidents Court
Norfolk, VA 23541                                   Frederick MD 21730

Phone: (877)829-8298
Last Four Digits of Acct # : 2810


I declare under penalty of perjury that the information provided in this notice is true and correct to the best of knowledge and belief.

By: /s/ Carol E. Hardy                              Date: 5/6/2011
       -----------------------------------------
       Transferee/Transferee's Agent


*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571